**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Rickey Bell
39 Cedar Pine Drive
Hayneville, AL 36040

9590 9403 0543 5173 4918 05

2. Article Number *(Transfer from)*
7015 0640 0001 3456 1029

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☑ Addressee

B. Received by *(Printed Name)*
Rickey Bell

C. Date of Delivery
10/21/16

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

16cv818 S, CMP