IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| TOWN OF HAYNEVILLE <br><br> Plaintiff, <br><br> v. <br><br> COUNCIL DISTRICT "A" CANDIDATES FOR THE AUGUST 23, 2016 ELECTION, NAMELY, LULA TYSON-BAILEY, RICKEY BELL, KIM PAYTON, and CAROLE C. SCRUSHY, <br><br> Defendants. | CIVIL ACTION NO. 2:16-cv-818-GMB |

RECEIVED 2016 OCT 26 P 3: 17 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Answer to Complaint

Comes now Carole C. Scrushy, and answers the complaint as follows:

1. I consent to the jurisdiction of the District Court of the United States for the Middle District of Alabama.

2. I admit to the allegations as stated in the complaint.

Respectfully submitted this __26__ day of __Oct.__ 2016.

_____
Carole C. Scrushy, pro se
P.O. Box 247
Hayneville, AL 36040

## Certificate of Service

I certify that I have mailed a copy of this document, postage prepaid, on __OCT 26__, 2016, to counsel listed below:

Michael Strickland
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101-0099

_____
Defendant, pro se

1