**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| Town of Hayneville, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:16-CV-818-GMB |
| | ) |
| Council District "A" Candidates for the | ) |
| August 23, 2016 Election, namely | ) |
| Lula Tyson-Bailey, Rickey Bell, | ) |
| Kim Payton, and Carole C. Scrushy, | ) |
| | ) |
| Defendants. | ) |

*2016 OCT 26 ᴘ 3: 16*

*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA*

## ANSWER

I agree with the allegations stated in the complaint and I consent to the jurisdiction of the District Court of the United States for the Middle District of Alabama.

Signed on this _26th_ day of _OCTOBER_, 2016.

_____
*Kim Payton, pro se*
*P.O. Box 883*
*Hayneville, AL 36040*


## CERTIFICATE OF SERVICE

I certify that on the _26th_ day of _OCTOBER_, 2016, I have mailed a copy of this document to all counsel below using U.S. Mail:

Michael Strickland
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101-0099

_____
Defendant, pro se

1