In the District Court of the United States for the
Middle District of Alabama, Northern Division

| | |
|---|---|
| **Town of Hayneville,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:16-CV-818-GMB |
| | ) |
| **Council District "A" Candidates for the** | ) |
| **August 23, 2016 Election, namely** | ) |
| **Lula Tyson-Bailey, Rickey Bell,** | ) |
| **Kim Payton, and Carole C. Scrushy,** | ) |
| | ) |
| Defendants. | ) |

RECEIVED 2016 OCT 26 P 3:15 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Answer

My name is Rickey Bell and I admit to everything in the complaint and consent to the jurisdiction of the District Court of the United States for the Middle District of Alabama.

Dated on the 26th day of October, 2016.

*/s/ Rickey Bell*
Rickey Bell, pro se
39 Cedar Pine Dr.
Hayneville, AL 36040

## Certificate of Service

On October 26, 2016, I mailed a copy of this document to the attorney below using U.S. Mail:

Michael Strickland
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101-0099

*/s/ Rickey Bell*
Defendant, pro se

1