IN THE CIRCUIT COURT FOR LOWNDES COUNTY, ALABAMA

DARSHINI BANDY, CONNIE JOHNSON, )
and JUSTIN POUNCEY, )
 )
    Plaintiffs, )
 )
v. ) CIVIL ACTION NO. CV 2016 - 13
 )
CAROL SCRUSHY, KIM PAYTON, )
RICKEY BELL, GEORGE LEE DAVIS, )
SHERYL DELOIS PHIPHER, all of whom are )
sued in their individual capacities and in their )
capacity as members of the town council of the )
Town of Hayneville, Alabama, an Alabama )
municipal corporation, )
 )
    Defendants. )

## PETITION FOR WRIT OF MANDAMUS

Now comes Lula Tyson-Bailey and respectfully shows to the Court as follows:

1. That the Plaintiffs are residents of Council District A in the Town of Hayneville, Alabama, duly qualified electors, and each voted in the election held by the Town of Hayneville on August 23, 2016.

2. That Defendants Carol Scrushy, Kim Payton, Rickey Bell, George Lee Davis, and Sheryl Delois Phipher ("defendants"), are the current members of the Town Council of the Town of Hayneville, Alabama ("council"), and each was a member of the Town Council during and after the most recent town election described hereinbelow.

3. That Lula Tyson-Bailey was duly elected to one of the three council positions up for election in District A, since she received a majority of votes cast for one of the three council positions up for election in District A. Lula Tyson-Bailey has a right to serve on the Town Council and her term in office begins November 7, 2016.



4. That the Town Council of the Town of Hayneville ("council") is required by Alabama Code Section 11-46-55(a) to meet not later than 12:00 noon on Wednesday after the election, to ascertain and determine the number of votes received by each candidate, and if any candidate received a majority of the votes cast, declare the winning candidates elected and furnish said winning candidate with a certificate of election, which will allow the winning candidate to assume the office as soon as the term of her predecessor in office expires.

5. The votes for District A were announced on Tuesday night of the election and Lula Tyson-Bailey received a majority of the votes cast in District A, as did Kim PAYTON and Rob Meadows, the other two candidates that finished in the top three in votes received in District A. Meadows was later disqualified because he was not a qualified elector.

6. The council's duty under the provisions of Section 11-46-55, *et seq.*, is ministerial in nature and confined to computation of the votes as received from the inspector(s). See *Sears v. Carson*, 551 So.2d 1054 (Ala. 1989). The canvassers (*e.g.*, council) are subject to mandamus to compel a performance when necessary. *Sears, supra*.

7. To date, Lula Tyson-Bailey has not been declared elected to one of the council slots in District 3, nor has she received her certificate of election. Without the certificate of election, Lula Tyson-Bailey will not be able to assume the office when the term of her predecessor expires.

8. WHEREFORE, the petitioners pray the Court will grant alternatively a Writ of Mandamus or rule nisi, directed to the Defendants returnable to this Court, ordering, adjudging, and decreeing that:

A. Defendants shall forthwith fully perform their duties under Alabama Code Section 11-46-55 by declaring Lula Tyson-Bailey to have been duly elected to a council seat in District A,

and issue to her a certificate of election, or to appear at a time to be designated by the Court to show cause why Defendants should not do so; and

B. Petitioners be afforded such other, further, or different relief as may be just and proper, pursuant to such other and further orders, judgments and decrees as may be proper; and

C. Plaintiffs have paid the cost of this action.

Respectfully submitted,

_/s/ Jerry L. Thornton_
Jerry L. Thornton
Attorney for Petitioner
P. O. Box 759
Hayneville, AL 36040
(334) 548-2514 (t)
(888) 578-7503 (f)
jlthornton@mindspring.com

STATE OF ALABAMA  )
                 )  ss: AFFIDAVIT
COUNTY OF LOWNDES )

BEFORE ME, the undersigned authority, a Notary Public for the State at Large, personally appeared Darshini Bandy, who is known to me and who by me being first duly sworn says on oath as follows: (1) she is familiar with the facts set out in the foregoing Petition; and (2) the facts set out in said Petition are true and correct to the best of her knowledge and belief. Further affiant saith not.

_/s/ Darshini Bandy_
Darshini Bandy

SWORN TO AND SUBSCRIBED before me on this 3rd day of November, 2016.

_/s/ Jerry L. Thornton_
Notary Public
My Commission Expires: 1-29-2018

STATE OF ALABAMA )
) ss: AFFIDAVIT
COUNTY OF LOWNDES )

BEFORE ME, the undersigned authority, a Notary Public for the State at Large, personally appeared Connie Johnson, who is known to me and who by me being first duly sworn says on oath as follows: (1) she is familiar with the facts set out in the foregoing Petition; and (2) the facts set out in said Petition are true and correct to the best of her knowledge and belief. Further affiant saith not.

_____
Connie Johnson

SWORN TO AND SUBSCRIBED before me on this 3rd day of November, 2016.

(SEAL)

_____
Notary Public
My Commission Expires: 1/29/2018

STATE OF ALABAMA )
) ss: AFFIDAVIT
COUNTY OF LOWNDES )

BEFORE ME, the undersigned authority, a Notary Public for the State at Large, personally appeared Justin Pouncey, who is known to me and who by me being first duly sworn says on oath as follows: (1) he is familiar with the facts set out in the foregoing Petition; and (2) the facts set out in said Petition are true and correct to the best of his knowledge and belief. Further affiant saith not.

_____
Justin Pouncey

SWORN TO AND SUBSCRIBED before me on this 3rd day of November, 2016.

(SEAL)

_____
Notary Public
My Commission Expires: 1/29/2018