IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TOWN OF HAYNEVILLE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv818-MHT |
| | ) | (WO) |
| LULA TYSON-BAILEY, Council | ) | |
| District "A" Candidate for | ) | |
| the August 23, 2016 | ) | |
| Election, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Plaintiff Town of Hayneville filed this lawsuit in an effort to remedy a town-council election in which an allegedly unqualified elector was elected. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant Lula Tyson-Bailey's motion to dismiss be granted and this case be dismissed in its entirety due to lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of March, 2017.

                                          /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**